**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Allen Jeffrey Gross - #141082

No. C 14-80090 WHA

**ORDER OF SUSPENSION**

Because Allen Jeffrey Gross has failed to respond to the order to show cause, Mr. Gross' membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: June 26, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE